UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JORGE LUIS HERNANDEZ, ) | |
| ) | |
| Petitioner, ) | No. CV 11-6431 SVW (AJW) |
| ) | |
| v. ) | |
| ) | ORDER ADOPTING REPORT AND |
| CHAIR PERSON, BPH, ) | RECOMMENDATION OF |
| ) | MAGISTRATE JUDGE |
| Respondent. ) | |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: October 12, 2011

_____
Stephen V. Wilson
United States District Judge