UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JORGE LUIS HERNANDEZ, | ) Case No.  CV 11-6431-SVW(AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| CHAIR PERSON, BPH, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: October 12, 2011

_____
Stephen V.  Wilson
United States District Judge